Impleaded with Others.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

SMITH COMPANY, LTD., Respondent, v. GEORGE A. MICROUTSICOS and Another, Doing Business under the Firm Name, etc., Appellants.—Judgment and orders affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

NICHOLAS KOMOW, Respondent, v. SIMPLEX CLOTH CUTTING MACHINE Co., INC., and Others, Appellants, Impleaded with MARTIN ZAWISTOWSKI, Defendant.— Order affirmed, with ten dollars costs and disbursements. · No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

NICHOLAS KOMOW, Respondent, v. SIMPLEX CLOTH CUTTING MACHINE Co., INC., and Others, Defendants, Impleaded with MARTIN ZAWISTOWSKI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

J. S. LUNESCHLOSS, INC., Appellant, v. BERMAN BROTHERS Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.; Laughlin, J., dissenting.

MADERO BROTHERS, INC., Respondent, v. HARRIS WAREHOUSES, INC., Appellant.—Determination affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

WALKER M. LEVETT COMPANY, Respondent, v. THE BRITISH ALUMINIUM COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

S. P. BOWERS COMPANY, Appellant, v. SHELBOURNE & BLAKE CONSTRUCTION COMPANY, INC., Respondent.— Order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

WINIFRED GLEASON, Respondent, v. ALVAH G. AUCHU, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

THOMAS F. GLEASON, Respondent, v. ALVAH G. AUCHU, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ANTHONY MCCULLOUGH, Respondent, v. ANNIE S. DIX, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

FRANCES MCCULLOUGH, Respondent, v. ANNIE S. DIX, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

BENJAMIN R. KITTREDGE, Appellant, v. WILLIAM C. LANGLEY, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith and Merrell, JJ.

JOHN P. PARSONS, Appellant, v. EDITH M. PARSONS, Respondent.— Order reversed and motion granted to the extent of awarding custody of the infant children to plaintiff. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.